**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

PURDUE PHARMA L.P., et al.,

               Debtors.
------------------------------------------------------------------X
 ASCENT PHARMACEUTICALS, INC.,

              Plaintiff/Appellant,        24 **CIVIL** 6166 (NSR)

    -against-                    **JUDGMENT**


 PURDUE PHARMA L.P., P.F.
LABORATORIES, INC., PURDUE
PHARMACEUTICALS L.P., PURDUE
PHARMA TECHNOLOGIES, INC. and
RHODES TECHNOLOGIES,

              Defendants/Appellees.
------------------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 23, 2025, the decision of the Bankruptcy

Court is affirmed in its entirety; accordingly, the case is closed.


**Dated:**  New York, New York
       December 29, 2025

                         **TAMMI M. HELLWIG**

                          _____
                          **Clerk of Court**
**BY:**         *Negam Dulal*

                          _____
                          **Deputy Clerk**